

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00683-CR

**IN RE** Juan **ENRIQUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  October 30, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On October 3, 2013, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 3862, styled *The State of Texas v. Juan Enriquez*, pending in the 81st Judicial District Court, Karnes County, Texas, the Honorable Donna S. Rayes presiding.